PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 114123

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

*19mj1668*

CASE NO.: **15-20087-TP-MOORE**

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: BLACK, Horace Milton

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Chief United States District Judge, Middle District of Alabama.

Transfer of Jurisdiction: November 24, 2015 – The Honorable K. Michael Moore, Chief United States District Judge, Southern District of Florida, Miami.

Date of Original Sentence: April 12, 2005

| | |
|---|---|
| Original Offense: | Count One: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d), a Class B felony. |
| | Count Two: Aiding and Abetting, 18 U.S.C. § 2, a Class B felony. |
| Original Sentence: | One hundred-forty (140) months custody to the Bureau of Prisons, followed by five (5) years of supervised release, and a $100.00 special assessment. Special conditions: 1) Participate in drug testing and/or treatment if directed by a probation officer; and 2) Submit to a search of his person, residence, office or vehicle pursuant to the search policy of the Court. |

**January 19, 2016**: Supervised release modified to include Home Detention with Electronic Monitoring Program for a period of one hundred twenty (120) days for leaving the district without permission and failing to truthfully answer inquiries by the probation officer.

**April 27, 2017:** Your Honor reinstated the period of supervised release to include all original terms and condition previously imposed after finding the defendant had violated his term of supervised release by leaving the Judicial District without prior authorization, failing to notify the probation officer within 72 hours of being arrested and failing to refrain from violating the law by driving with a suspended license.

PROB 12C  SD/FL PACTS No. 114123
(SD/FL 3/05)

**November 17, 2018:** Your Honor concurred with the recommendation from the United States Probation Office to have defendant randomly drug tested via the Code-A-Phone Program after a positive drug test for marijuana.

Type of Supervision: Supervised Release    Date Supervision Commenced: October 4, 2014

Assistant U.S. Attorney:    Defense Attorney:

Yeney Hernandez    Katherine Carmon
U.S. Attorney's Office    Federal Public Defender's Office
99 NE 4th Street    150 W. Flagler Street, Suite 1700
Miami, FL 33132    Miami, FL 33130
(305) 961-9277    (305) 533-4201
yeney.hernandez@usdoj.gov    katie_carmon@fd.org

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 9, 2019 in Volusia County, Florida, the defendant did commit the offense of Trafficking in Cocaine, contrary to Florida Statute 893.135.1b1.
2. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 9, 2019 in Volusia County, Florida, the defendant did commit the offense of Cocaine Possession, contrary to Florida Statute 893.13.6a.
3. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 9, 2019 in Volusia County, Florida, the defendant did commit the offense of Cocaine Possession with Intent to Sell, contrary to Florida Statute 893.13.1a1.

PROB 12C  SD/FL PACTS No. 114123
(SD/FL 3/05)

4. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 9, 2019 in Volusia County, Florida, the defendant did commit the offense of Possession of Drug Paraphernalia, contrary to Florida Statute 893.13.1a1.

United States Probation Officer Recommendation:

The term of supervision should be
☒ revoked.
☐ extended for _____ years, for a total term of _____ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2019

Jorge J. Ferdinandy
2019.09.18
13:52:35 -04'00'

Jorge J. Ferdinandy
United States Probation Officer
Office: (305) 523-5310
Cellular: (786) 348-4321

Alberto Tor
2019.09.18
14:42:13 -0

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Submit a Request for Modifying the Conditions or Term of Supervision

K. M. Moore
Signature of Judicial Officer

September 19th, 2019
Date